**FILED**

**MAY 1 6 2023**

**CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-081 |
| v. | INDICTMENT |
| CHRISTOPHER JADEN DAVIS, | T. 18 U.S.C. § 922(a)(6) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (False Statement During Purchase of a Firearm)

On or about September 9, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, in connection with the acquisition of a firearm, namely: a Glock, model G43, nine-millimeter pistol, with serial number AFVV627; and a Glock, model G19 Gen 5, nine-millimeter pistol, with serial number BPSV961, from CrossRoads Shooting Sports in Johnston, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

1

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about September 9, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, knowingly made a false statement and representation to CrossRoads Shooting Sports in Johnston, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CrossRoads Shooting Sports. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(False Statement During Purchase of a Firearm)**

On or about September 16, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, in connection with the acquisition of a firearm, namely: a Glock, model G30 Gen 4, .45 caliber ACP pistol, with serial number BUFT835; and a Glock, model G19, Gen 5, nine-millimeter pistol, with serial number BUBG708, from CrossRoads Shooting Sports in Johnston, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (False Statement During Purchase of a Firearm)

On or about September 16, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, knowingly made a false statement and representation to CrossRoads Shooting Sports in Johnston, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CrossRoads Shooting Sports. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

## THE GRAND JURY FURTHER CHARGES:

<u>COUNT 5</u>
(False Statement During Purchase of a Firearm)

On or about October 20, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, in connection with the acquisition of a firearm, namely: a Taurus, model G2C, nine-millimeter pistol, with serial number ACH113889, from CrossRoads Shooting Sports in Johnston, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(False Statement During Purchase of a Firearm)**

On or about October 20, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, knowingly made a false statement and representation to CrossRoads Shooting Sports in Johnston, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CrossRoads Shooting Sports. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
### (Unlawful User in Possession of a Firearm)

On or about October 7, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model G19 Gen 5, nine-millimeter pistol, with serial number BTUF617 on the frame, and serial number BUBG708 on the slide. At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
### (Unlawful User in Possession of a Firearm)

On or about February 2, 2023, in the Southern District of Iowa, the defendant, CHRISTOPHER JADEN DAVIS, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Taurus, model G2C, nine-millimeter pistol, with serial number ACH113889. At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, 5, 6, 7, and/or 8 of this Indictment, the defendant, CHRISTOPHER JADEN DAVIS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1, 2, 3, 4, 5, 6, 7, and/or 8 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: *Kristin M. Herrera*
Kristin M. Herrera
Assistant United States Attorney